# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| CARLOS SMITH, | ) |
| Petitioner, | ) |
| v. | ) No. 2:21-cv-02689-MSN-tmp |
| VINCENT VANTELL, Warden, | ) |
| Respondent. | ) |

## ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE

Before the Court is Respondent's First Motion for Extension of Time to File Response. (ECF No. 12.) For good cause shown, the Court finds the Motion should be **GRANTED**. Respondent shall have through **March 5, 2021**, to respond to Petitioner's habeas corpus petition.

**IT IS SO ORDERED**, this 31st day of January 2022.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE