IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CARLOS SMITH,

    Petitioner,

v.

                                    No. 2:21-cv-02689-MSN-tmp

VINCENT VANTELL, WARDEN,

    Respondent.

---

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's *pro se* Petition for Writ of Habeas Corpus, (ECF No. 1), filed November 1, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Respondent's Motion to Dismiss Untimely Petition, Order Denying and Dismissing Petition Filed Pursuant to 28 U.S.C. § 2254, Order Denying Certificate of Appealability, Order Certifying Appeal Not Taken In Good Faith, and Order Denying Leave to Proceed In Forma Pauperis On Appeal, docketed April 23, 2022, (ECF No. 16), settling this matter between the parties and dismissing all claims against Respondent with prejudice, all claims against Respondent are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 23, 2022
Date